IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALEXANDER SCOTT
FDOC Inmate No. 0-130571,
    Plaintiff,

vs.                                          Case No.: 3:16cv314/MCR/EMT

DR. YUN, et al.,
    Defendants.
_____/

# O R D E R

    This cause is before the Court on consideration of the Chief Magistrate Judge's Report and Recommendation dated January 9, 2019 (ECF No. 20). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

    Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Chief Magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to

comply with an order of the court.

   **DONE AND ORDERED** this 11th day of February 2019.


       *M. Casey Rodgers*
       **M. CASEY RODGERS**
       **UNITED STATES DISTRICT JUDGE**